UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JONATHAN WILLIFORD            CIVIL ACTION

VERSUS

DANIEL PEOPLES, ET AL.          NO. 22-00851-BAJ-SDJ

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 15),** recommending that the Court decline the exercise of supplemental jurisdiction over Plaintiff's potential state law claims and dismiss all of Plaintiff's federal claims, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (*See* Doc. 15 at pp. 5–6). Plaintiff filed an objection to the Report & Recommendation but failed to raise cogent arguments against dismissal. (Doc. 17).

Having carefully considered the underlying Complaint, the Report and Recommendation at issue, and all other related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal claims be and are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 5th day of May, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA